IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                              No. 2:99-cr-0093 JAM GGH

vs.

MONDER KHOURY, [1]

    Defendant.                          ORDER

_____/

        Defendant Khoury, a federal prisoner, filed a Rule 60(b) motion for relief from judgment, on March 7, 2012 (docket # 239), followed by a "motion to amend Rule 60(b) motion to vacate," filed on May 7, 2012 (docket # 241). Judge Mendez has specifically referred the motion to amend the Rule 60(b) motion at docket # 241 to the undersigned and a minute order issued previously directing a response to that motion was subsequently vacated.

\\\\\

\\\\\

\\\\\

\\\\\

---

[1] Although in the instant case docket, defendant's first name is spelled "Mondor," the correct spelling of this defendant's first name appears to be "Monder." See, filings at, e.g., # 62, # 64, #193, # 239 & # 241, and at # 237. The undersigned has referenced the corrected spelling.

1

1        Accordingly, IT IS ORDERED that the government must file a response to the motion to amend the Rule 60(b) motion, filed on May 7, 2012 (docket # 241), within twenty-one days of the filed date of this order.

DATED: June 20, 2012

                                /s/ Gregory G. Hollows
                   UNITED STATES MAGISTRATE JUDGE

GGH:009
khou0093.brf